IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL AARON WITKIN ,**<br><br>Plaintiff,<br><br>v.<br><br>**CHAPNICK, et al. ,**<br><br>Defendants. | Case No. 2:22-cv-01222 DJC DMC<br><br>**ORDER GRANTING DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

    Plaintiff Michael Witkin is a former prisoner proceeding *pro se*. On January 23, 2024, Defendants Navarro, Holt, Bird, and Chapnick filed a request for an extension of time to file a responsive pleading. Good cause appearing, **IT IS HEREBY ORDERED** that:

    1.    Defendants' request for an extension of time is **GRANTED**; and

    2.    Defendants' shall file a responsive pleading thirty days after the Court's final ruling denying their motion to revoke Plaintiff's *in forma pauperis* status.

Dated: January 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE