IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AARON WITKIN,<br><br>  Plaintiff,<br><br>  v.<br><br>CHAPNICK, et al.,<br><br>  Defendants. | No. 2:22-CV-1222-DJC-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for leave to file a sur-reply in opposition to Defendants' motion to revoke Plaintiff's in forma pauperis status.  See ECF No. 26.  Defendants have filed an opposition.  See ECF No. 27.

While Defendants' opposition is well-taken, given Plaintiff's pro se status the Court is willing to consider Plaintiff's sur-reply.  Plaintiff's motion will, therefore, be granted.  Defendants' motion to revoke Plaintiff's in forma pauperis status will be addressed by separate findings and recommendations.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for leave to file a sur-reply, ECF No. 26, is GRANTED.

2. The Clerk of the Court is directed to separately file Plaintiff's sur-reply, attached to Plaintiff's motion at ECF No. 26-1.

Dated:  June 5, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE