**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL AARON WITKIN, | No.  2:22-CV-1222-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| CHAPNICK, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' motion to opt-out of the Court's Early Alternative Dispute Resolution Program.  See ECF No. 37.  Good cause appearing therefor, Defendants' motion will be granted, and the stay of proceedings imposed on April 25, 2025, will be lifted.  The Court will issue a schedule for this case by separate order.

Accordingly, IT IS HEREBY ORDERED as follows:

1.    Defendants' motion to opt-out, ECF No. 37, is granted.

2.    The stay of proceedings imposed on April 25, 2025, is lifted.

Dated:  June 11, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1